**MANDATE**

Sdny/nyny
05-cv-6180
Pawley

IN THE UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT



| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORPORATION, and INTERDIGITAL TECHNOLOGY CORPORATION, *Petitioners-Appellees*, v. NOKIA CORPORATION, *Respondent-Appellant*. | Docket No. 06-0498-cv |

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

DATED: May 1, 2006.

*For Appellant*

_____
Alan Kanzer (AK 5839)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387

Attorneys for Appellant
NOKIA CORPORATION

*For Appellees*

_____
Ron Eleaser Shulman
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94034

Attorneys for Appellees
INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

May 3, 2006

A TRUE COPY
Roseann B. MacKechnie, Clerk
_____
Deputy Clerk

CERTIFIED: 5/4/06